No. 130, October Term, 1957. FIDELITY-PHILADELPHIA TRUST CO. ET AL., EXECUTORS, *v.* SMITH, COLLECTOR OF INTERNAL REVENUE, 356 U. S. 274. The motion to retax costs is denied. *Robert T. McCracken* for movant-petitioners. *Solicitor General Rankin* for respondent.

No. 23. UNITED GAS PIPE LINE CO. *v.* MEMPHIS LIGHT, GAS AND WATER DIVISION ET AL.;

No. 25. FEDERAL POWER COMMISSION *v.* MEMPHIS LIGHT, GAS AND WATER DIVISION ET AL.; and

No. 26. TEXAS GAS TRANSMISSION CORP. ET AL. *v.* MEMPHIS LIGHT, GAS AND WATER DIVISION ET AL. Certiorari, 355 U. S. 938, to the United States Court of Appeals for the District of Columbia Circuit. The motions for leave to file briefs of Amere Gas Utilities Co. et al. and Natural Gas Pipeline Co. of America et al., as *amici curiae,* are denied. Reported below: 102 U. S. App. D. C. 77, 250 F. 2d 402.

No. 25. FEDERAL POWER COMMISSION *v.* MEMPHIS LIGHT, GAS AND WATER DIVISION ET AL. Certiorari, 355 U. S. 938, to the United States Court of Appeals for the District of Columbia Circuit. The motion for leave to file brief of Long Island Lighting Co., as *amicus curiae,* is denied.

No. 135. WOODY *v.* UNITED STATES. Certiorari, 357 U. S. 935, to the United States Court of Appeals for the Sixth Circuit. It is ordered that *Clarence O. Woolsey, Esquire,* of Springfield, Missouri, be, and he is hereby, appointed to serve as counsel for petitioner in this case.